# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jaime Gonzalez-Torres a/k/a Jaime Torres Gonzalez, a/k/a J Gonzalez, a/k/a J Torres<br>Debtor(s) | BK NO. 23-00067<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
30 Jan 2023, 17:12:00, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322