UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JAIME GONZALEZ-TORRES  : CHAPTER 13
    Debtor        :
             :
    JACK N. ZAHAROPOULOS :
    STANDING CHAPTER 13 TRUSTEE :
    Movant       :
             :
    vs.        :
             :
    JAIME GONZALEZ-TORRES :
    Respondent    : CASE NO. 1-23-bk-00067

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

    AND NOW, this 23rd day of February, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

    1. Debtor(s)' plan violates 11 U.S.C. § 1325(a)(4) in that the value of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, the debtor has excess non-exempt equity in the following:

      a. Residential real estate. The Trustee has requested
        proof of the value of the debtor's home as stated in
        his schedules.

    WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

      a. Deny confirmation of debtor(s) plan.
      b. Dismiss or convert debtor(s) case.
      c. Provide such other relief as is equitable and just.

          Respectfully submitted:

          Jack N. Zaharopoulos
          Standing Chapter 13 Trustee
          8125 Adams Drive, Suite A
          Hummelstown, PA 17036
          (717) 566-6097

      BY:   /s/Douglas R. Roeder
          Attorney for Trustee

<u>CERTIFICATE OF SERVICE</u>

   AND NOW, this 28th day of February, 2023, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

John Hyams, Esquire
2023 N. 2nd Street, Suite 203
Harrisburg, PA 17102


         /s/Deborah A. Behney
         Office of Jack N. Zaharopoulos
         Standing Chapter 13 Trustee