In re:  Case No. 23-00067-HWV
Jaime Gonzalez-Torres  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3
Date Rcvd: Feb 27, 2023     Form ID: ntcnfhrg     Total Noticed: 56

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jaime Gonzalez-Torres, 2619 Brookwood St., Harrisburg, PA 17111-1140 |
| 5516063 | | 12 First Electronic Bank, PO Box 1216, Chesapeake, VA 23327-1216 |
| 5516064 | | Barclays Bank Delaware, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502-4952 |
| 5516067 | | Capital One N.A., 120 Corporate Blvd, Ste 100, Norfolk, VA 23502-4952 |
| 5516072 | | Comenity Capital Bank, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502-4952 |
| 5516073 | | Comenityl/Prcpgd, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5516075 | | Credit One Bank N.A., 320 E Big Beaver Rd, Troy, MI 48083-1238 |
| 5523427 | + | Harrisburg City, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 5516081 | | Harrisburg Dental Health Assoc, PO Box 140065, Nashville, TN 37214-0065 |
| 5523390 | + | Harrisburg School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 5516084 | + | Keystone Collections Group, PO Box 499, Irwin, PA 15642-0499 |
| 5516089 | | Medical, 1807 Huguenot Rd, Midlothian, VA 23113-5604 |
| 5516090 | | Mid-America Bank and Trust Tot, PO Box 550, Hutchinson, KS 67504-0550 |
| 5516102 | + | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5516094 | + | Receivable Management Inc, 7206 Hull Rd, Ste 211, Richmond, VA 23173-0001 |
| 5516098 | | Synchrony Bank, 320 E Big Beaver Rd, Troy, MI 48083-1238 |
| 5516099 | | T-Mobile USA, PO Box 9004, Renton, WA 98057-9004 |
| 5518144 | + | Unifund CCR, LLC, Tsarouhis Law Group, 21 South 9th Street, Allentown, PA 18102-4861 |
| 5516105 | | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Feb 27 2023 18:54:11 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5516065 | | Email/Text: bankruptcy@usecapital.com | Feb 27 2023 18:46:00 | Capital Accounts, Attn: Bankruptcy, PO Box 140065, Nashville, TN 37214-0065 |
| 5516066 | | Email/Text: bankruptcy@cavps.com | Feb 27 2023 18:46:00 | Capital One, 4050 E Cotton Center Blvd, Phoenix, AZ 85040-8861 |
| 5516068 | | Email/Text: bankruptcy@cavps.com | Feb 27 2023 18:46:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Dr, Ste 400, Valhalla, NY 10595-2321 |
| 5516452 | + | Email/Text: bankruptcy@cavps.com | Feb 27 2023 18:46:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5516069 | | Email/Text: BKPT@cfna.com | Feb 27 2023 18:45:00 | Cfna/Credit First Natl Assoc, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 5516070 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 27 2023 18:46:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5516071 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 27 2023 18:46:00 | Comenity Bank/Zales, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5516074 | + | Email/Text: convergent@ebn.phinsolutions.com | Feb 27 2023 18:46:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy, |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 800 SW 39th St, Ste 100, Renton, WA 98057-4927 |
| 5516100 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Feb 27 2023 18:46:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5516994 | | Email/Text: mrdiscen@discover.com | Feb 27 2023 18:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5516076 | | Email/Text: mrdiscen@discover.com | Feb 27 2023 18:46:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5516080 | | Email/Text: administrative@foundationfinance.com | Feb 27 2023 18:46:00 | Foundation Finance Company, Attn: Bankruptcy, PO Box 437, Schofield, WI 54476-0437 |
| 5516078 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 27 2023 18:46:00 | First Access Card, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 5516079 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 27 2023 18:53:59 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 5516082 | | Email/Text: Bankruptcy@ICSystem.com | Feb 27 2023 18:46:00 | Ic Systems, Inc, Attn: Bankruptcy, PO Box 64378, Saint Paul, MN 55164-0378 |
| 5516101 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 27 2023 18:46:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5516077 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 27 2023 18:46:00 | Fingerhut Direct Mrkting, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 5516083 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 27 2023 18:46:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 5516085 | | Email/Text: PBNCNotifications@peritusservices.com | Feb 27 2023 18:46:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 5516786 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 27 2023 18:54:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5516086 | + | Email/Text: Documentfiling@lciinc.com | Feb 27 2023 18:46:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2807 |
| 5516087 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 27 2023 18:54:11 | Lvnv Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5516088 | | Email/Text: camanagement@mtb.com | Feb 27 2023 18:46:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 5522223 | | Email/Text: camanagement@mtb.com | Feb 27 2023 18:46:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5521496 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 27 2023 18:46:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5516091 | | Email/Text: bankruptcydpt@mcmcg.com | Feb 27 2023 18:46:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5516092 | | Email/Text: bankruptcy@ncaks.com | Feb 27 2023 18:46:00 | National Credit Adjusters, LLC, 327 W 4th Ave, Hutchinson, KS 67501-4842 |
| 5516104 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 27 2023 18:46:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5516093 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 27 2023 18:54:23 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 5521486 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 27 2023 18:54:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5516396 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 27 2023 18:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5516095 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 27 2023 18:54:00 | Resurgent Capital Services, Attn: Bankruptcy, PO |

| | | | |
| --- | --- | --- | --- |
| | | | Box 10497, Greenville, SC 29603-0497 |
| 5516096 | Email/Text: bankruptcy@springoakscapital.com | | |
| | | Feb 27 2023 18:46:00 | Spring Oaks Capital, LLC, Attn: Bankruptcy, PO Box 1216, Chesapeake, VA 23327-1216 |
| 5516097 | Email/Text: Bankruptcy@ICSystem.com | | |
| | | Feb 27 2023 18:46:00 | Sprint, PO Box 64378, Saint Paul, MN 55164-0378 |
| 5516126 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Feb 27 2023 18:54:09 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5516103 | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | | |
| | | Feb 27 2023 18:46:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Mar 01, 2023 | Signature: | /s/Gustava Winters |
| --- | --- | --- |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Matthew Hyams | on behalf of Debtor 1 Jaime Gonzalez-Torres jmh@johnhyamslaw.com acb@johnhyamslaw.com;sew@johnhyamslaw.com |
| Michael Patrick Farrington | on behalf of Creditor M&T BANK mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| Jaime Gonzalez−Torres,<br>aka Jaime Torres Gonzalez, aka J Gonzalez, aka J Torres, | Chapter | 13 |
| --- | --- | --- |
| **Debtor 1** | Case No. | 1:23−bk−00067−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**April 19, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court<br>Sylvia H. Rambo US Courthouse,<br>Bankruptcy Courtroom No. 8 (4th<br>Floor), 1501 N. 6th St, Harrisburg,<br>PA 17102 | Date: April 26, 2023<br>Time: 09:30 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 27, 2023 |

ntcnfhrg (08/21)