# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 23-00067 |
|---|---|
| Jaime Gonzalez-Torres | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 4/24/2023, I did cause a copy of the following documents, described below,

1st Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/24/2023

/s/ John M. Hyams
John M. Hyams  87327PA
Attorney for Debtor
Law Offices of John M. Hyams
2023 N. 2nd St.
Harrisburg, PA  17102
717 766 5300
acb@johnhyamslaw.com

Case 1:23-bk-00067-HWV    Doc 29    Filed 04/24/23    Entered 04/24/23 11:26:57    Desc
Main Document     Page 1 of 5

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br> Jaime Gonzalez-Torres | CASE NO: 23-00067 <br> **CERTIFICATE OF SERVICE DECLARATION OF MAILING** <br> Chapter: 13 |

On 4/24/2023, a copy of the following documents, described below,

1st Amended Plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/24/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
2023 N. 2nd St.
Harrisburg, PA  17102

```
CASE INFO                                                            EXCLUDE
 LABEL MATRIX FOR LOCAL NOTICING    (P)ATLAS ACQUISITIONS LCC         (U)M&T BANK
NCRS ADDRESS DOWNLOAD               492C CEDAR LANE SUITE 442
CASE 23-00067                       TEANECK NJ 07666-1713
MIDDLE DISTRICT OF PENNSYLVANIA
MON APR 24 7-42-2 PST 2023


OLIPHANT FINANCIAL LLC              PRA RECEIVABLES MANAGEMENT LLC    SYLVIA H RAMBO US COURTHOUSE
BASS ASSOCIATES PC                  PO BOX 41021                      SYLVIA H RAMBO US COURTHOUSE
3936 E FT LOWELL ROAD SUITE 200     NORFOLK VA 23541-1021             1501 N 6TH STREET
TUCSON AZ 85712-1083                                                  HARRISBURG PA 17102-1104


                                    EXCLUDE
12 FIRST ELECTRONIC BANK            (D)(P)ATLAS ACQUISITIONS LCC      BARCLAYS BANK DELAWARE
PO BOX 1216                         492C CEDAR LANE SUITE 442         120 CORPORATE BLVD
CHESAPEAKE VA 23327-1216            TEANECK NJ 07666-1713             STE 100
                                                                      NORFOLK VA 23502-4952


(P)DEPARTMENT OF LABOR INDUSTRY     CAPITAL ACCOUNTS                  CAPITAL ONE
ATTN OFFICE OF CHIEF COUNSEL        ATTN BANKRUPTCY                   4050 E COTTON CENTER BLVD
651 BOAS STREET 10TH FLOOR          PO BOX 140065                     PHOENIX AZ 85040-8861
HARRISBURG PA 17121-0751            NASHVILLE TN 37214-0065


CAPITAL ONE NA                      CAVALRY PORTFOLIO SERVICES        CAVALRY SPV I LLC
120 CORPORATE BLVD                  ATTN BANKRUPTCY                   PO BOX 4252
STE 100                             500 SUMMIT LAKE DR                GREENWICH CT 06831-0405
NORFOLK VA 23502-4952               STE 400
                                    VALHALLA NY 10595-2321


CFNACREDIT FIRST NATL ASSOC         COMENITY BANKBON TON              COMENITY BANKZALES
ATTN BANKRUPTCY                     ATTN BANKRUPTCY                   ATTN BANKRUPTCY
PO BOX 81315                        PO BOX 182125                     PO BOX 182125
CLEVELAND OH 44181-0315             COLUMBUS OH 43218-2125            COLUMBUS OH 43218-2125


COMENITY CAPITAL BANK               COMENITYLPRCPGD                   CONVERGENT OUTSOURCING INC
120 CORPORATE BLVD                  ATTN BANKRUPTCY                   ATTN BANKRUPTCY
STE 100                             PO BOX 182125                     800 SW 39TH ST
NORFOLK VA 23502-4952               COLUMBUS OH 43218-2125            STE 100
                                                                      RENTON WA 98057-4927


CREDIT ONE BANK NA                  DISCOVER BANK                     DISCOVER FINANCIAL
320 E BIG BEAVER RD                 DISCOVER PRODUCTS INC             ATTN BANKRUPTCY
TROY MI 48083-1238                  PO BOX 3025                       PO BOX 3025
                                    NEW ALBANY OH 43054-3025          NEW ALBANY OH 43054-3025


(P)JEFFERSON CAPITAL SYSTEMS LLC    FIRST ACCESS CARD                 FIRST PREMIER BANK
PO BOX 7999                         16 MCLELAND RD                    ATTN BANKRUPTCY
SAINT CLOUD MN 56302-7999           SAINT CLOUD MN 56303-2198         PO BOX 5524
                                                                      SIOUX FALLS SD 57117-5524
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| (P)FOUNDATION FINANCE COMPANY<br>7802 MEADOW ROCK DRIVE<br>WESTON WI 54476-5262 | HARRISBURG CITY<br>CO KEYSTONE COLLECTIONS GROUP<br>546 WENDEL ROAD<br>IRWIN PA 15642-7539 | HARRISBURG DENTAL HEALTH ASSOC<br>PO BOX 140065<br>NASHVILLE TN 37214-0065 |
| HARRISBURG SCHOOL DISTRICT<br>CO KEYSTONE COLLECTIONS GROUP<br>546 WENDEL ROAD<br>IRWIN PA 15642-7539 | IC SYSTEMS INC<br>ATTN BANKRUPTCY<br>PO BOX 64378<br>SAINT PAUL MN 55164-0378 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| ~~EXCLUDE~~<br>~~(D)(P)JEFFERSON CAPITAL SYSTEMS LLC~~<br>~~PO BOX 7999~~<br>~~SAINT CLOUD MN 56302-7999~~ | ~~EXCLUDE~~<br>~~(D)(P)JEFFERSON CAPITAL SYSTEMS LLC~~<br>~~PO BOX 7999~~<br>~~SAINT CLOUD MN 56302-7999~~ | KEYSTONE COLLECTIONS GROUP<br>PO BOX 499<br>IRWIN PA 15642-0499 |
| KOHLSCAPITAL ONE<br>ATTN CREDIT ADMINISTRATOR<br>PO BOX 3043<br>MILWAUKEE WI 53201-3043 | LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | LENDINGCLUB<br>ATTN BANKRUPTCY<br>595 MARKET ST<br>STE 200<br>SAN FRANCISCO CA 94105-2802 |
| LVNV FUNDING LLC<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | (P)MT BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 | ~~EXCLUDE~~<br>~~(D)(P)MT BANK~~<br>~~LEGAL DOCUMENT PROCESSING~~<br>~~626 COMMERCE DRIVE~~<br>~~AMHERST NY 14228-2307~~ |
| MEDICAL<br>1807 HUGUENOT RD<br>MIDLOTHIAN VA 23113-5604 | MIDAMERICA BANK AND TRUST TOT<br>PO BOX 550<br>HUTCHINSON KS 67504-0550 | MIDLAND CREDIT MANAGEMENT INC<br>PO BOX 2037<br>WARREN MI 48090-2037 |
| MIDLAND FUNDINGMIDLAND CREDIT MGMT<br>ATTN BANKRUPTCY<br>PO BOX 939069<br>SAN DIEGO CA 92193-9069 | NATIONAL CREDIT ADJUSTERS LLC<br>327 W 4TH AVE<br>HUTCHINSON KS 67501-4842 | OFFICE OF ATTORNEY GENERAL<br>FINANCIAL ENFORCEMENT<br>16TH FLOOR STRAWBERRY SQUARE<br>HARRISBURG PA 17120-0001 |
| OLIPHANT FINANCIAL LLC<br>CO BASS ASSOCIATES PC<br>3936 E FORT LOWELL RD SUITE 200<br>TUCSON AZ 85712-1083 | PA DEPARTMENT OF REVENUE<br>DEPARTMENT 280946 ATTNBANKRUPTCY<br>HARRISBURG PA 17128-0946 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION PO BOX 280946<br>HARRISBURG PA 17128-0946 |
| (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | ~~EXCLUDE~~<br>~~(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC~~<br>~~PO BOX 41067~~<br>~~NORFOLK VA 23541-1067~~ | RECEIVABLE MANAGEMENT INC<br>7206 HULL RD<br>STE 211<br>RICHMOND VA 23173-0001 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| RESURGENT CAPITAL SERVICES<br>ATTN BANKRUPTCY<br>PO BOX 10497<br>GREENVILLE  SC 29603-0497 | SPRING OAKS CAPITAL SPV  LLC<br>P O BOX 1216<br>CHESAPEAKE  VA 23327-1216 | (P)SPRING OAKS CAPITAL  LLC<br>1400 CROSSWAYS BLVD STE 100B<br>CHESAPEAKE VA 23320-0207 |
| SPRINT<br>PO BOX 64378<br>SAINT PAUL  MN 55164-0378 | SYNCHRONY BANK<br>320 E BIG BEAVER RD<br>TROY  MI 48083-1238 | SYNCHRONY BANK<br>CO PRA RECEIVABLES MANAGEMENT  LLC<br>PO BOX 41021<br>NORFOLK  VA 23541-1021 |
| TMOBILE USA<br>PO BOX 9004<br>RENTON  WA 98057-9004 | (P)U S  DEPARTMENT OF JUSTICE TAX<br>DIVISION<br>CIVIL TRIAL SECTION EASTERN REGION<br>P O BOX 227<br>BEN FRANKLIN STATION<br>WASHINGTON DC 20044-0227 | UNIFUND CCR  LLC<br>TSAROUHIS LAW GROUP<br>21 SOUTH 9TH STREET<br>ALLENTOWN  PA 18102-4861 |
| UNITED STATES ATTORNEY<br>PO BOX 11754<br>HARRISBURG  PA 17108-1754 | ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~228 WALNUT STREET  SUITE 1190~~<br>~~HARRISBURG  PA 17101-1722~~ | (P)JACK N  ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |
| ~~EXCLUDE~~<br>~~JAIME GONZALEZTORRES~~<br>~~2619 BROOKWOOD ST~~<br>~~HARRISBURG  PA 17111-1140~~ | ~~EXCLUDE~~<br>~~JOHN MATTHEW HYAMS~~<br>~~LAW OFFICES OF JOHN M HYAMS~~<br>~~2023 N 2ND ST~~<br>~~HARRISBURG  PA 17102-2151~~ | |